**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-217**

**Effective Date of Registration:**
April 29, 2025
**Registration Decision Date:**
August 26, 2025



## Title

| | |
|---|---|
| **Title of Work:** | Silver Crow Locket |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | December 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Nicholla Thompson
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nicholla Thompson |
| | 130 Robinhood Drive, Woodstock, GA, 30188, United States |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | April 29, 2025 |

**Correspondence:** Yes





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-459-275**

Effective Date of Registration:
April 29, 2025
Registration Decision Date:
August 26, 2025

## Title

| | |
|---|---|
| Title of Work: | Triple Moon Silver Locket |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2022 |
| Date of 1st Publication: | February 02, 2022 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Nicholla Thompson |
  | Author Created: | sculpture |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Nicholla Thompson |
| | 130 Robinhood Drive, Woodstock, GA, 30188, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | April 29, 2025 |



